IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIM MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:17-CV-1436-M-BH |
| | ) | |
| DAVID VEDNOR, et al., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

MidAmerica Financial Services, Inc. and S & M, Ltd.'s defenses are hereby stricken, and the Court finds them both to be in default. The plaintiffs are entitled to move for default judgment and are directed to do so, if they intend to do so, no later than September 7, 2017. If they do not do so, their claims against these defendants may be dismissed for want of prosection.

**SO ORDERED** this 22nd day of August, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE