# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TIM MOORE, et al., | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )    No. 3:17-CV-1436-M |
| | ) |
| PAYSON PETROLEUM | ) |
| GRAYSON, LLC, et al., | ) |
|     Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants PTX Securities, LLC, Terry Dewayne Harvey, and Plano Capital Group, LLC's Motion to Dismiss*, filed June 21, 2017 (doc. 20), is **GRANTED**. By separate judgment, all of the plaintiffs' claims against them will be **DISMISSED with prejudice**.

**SIGNED** this 8th day of February, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE