IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIM MOORE, et al., | ) |
|       Plaintiffs, | ) |
| | ) |
| vs. | )   No. 3:17-CV-1436-M |
| | ) |
| PAYSON PETROLEUM | ) |
| GRAYSON, LLC, et al., | ) |
|       Defendants. | ) |

## PARTIAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. All of the plaintiffs' claims against PTX Securities, LLC, Terry Dewayne Harvey, and Plano Capital Group, LLC are **DISMISSED with prejudice** for failure to state a claim.

2. Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay and directs the Clerk of the Court to enter this as a final judgment for defendants PTX Securities, LLC, Terry Dewayne Harvey, and Plano Capital Group, LLC.

3. The Clerk shall transmit a true copy of this Partial Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the parties.

**SIGNED** this 8th day of February, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**