# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TIM MOORE, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-1436-S -BH |
| | § | |
| MATTHEW CARL GRIFFIN, et al. | § | |

## ORDER

This Order addresses Plaintiffs' and Defendants Financial West Group, Gene Charles Valentine, Dan Nichter, William Martin Prinz, and EDI Financial, Inc.'s Stipulation of Voluntary Dismissal, filed May 20, 2019 (the "Stipulation") [ECF No. 104], and Plaintiffs' Notice Regarding Voluntary Dismissal, filed October 21, 2019 (the "Notice") [ECF No. 107]. The Stipulation states, in relevant part, that this action is "voluntarily dismissed without prejudice against all defendants." *See* Stipulation 1. The Notice explains that Plaintiffs intended to voluntarily dismiss this action, including all claims against the three defaulting defendants, under FED. R. CIV. P. 41(a)(1)(A)(ii), "by 'a stipulation of dismissal signed by all parties who have appeared.'" *See* Notice 1.

Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared." Here, two of the defaulting defendants filed an answer in the state proceedings prior to removal of this action, *see* ECF No. 36, which precludes voluntary dismissal by notice. *See In re Amerijet Int'l, Inc.*, 785 F.3d 967, 974-75 (5th Cir. 2015) (finding that an answer filed prior to removal precludes voluntary dismissal by notice). Accordingly, there is no written stipulation of dismissal signed by all parties who have appeared. Plaintiffs' notice is,

therefore, construed as an unopposed motion to dismiss this action without prejudice under Rule 41(a)(2), and it is granted.

Consequently, the Court dismisses this action without prejudice. All attorneys' fees and costs of court shall be borne by the party incurring same. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED October 23, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE